

# NUMBER 13-23-00126-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHRISTOPHER WILLIAMS,                                    Appellant,

v.

LANDING AT EVERHART LLC, ET AL.,                        Appellees.

## On appeal from the County Court at Law No. 5
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Tijerina

On March 29, 2023, appellant filed a notice of appeal. On March 31, 2023, the Clerk of the Court notified appellant that his notice of appeal was not in compliance with the Texas Rules of Appellate Procedure 9.5(d) and (e), 25.1(d)(1), (2), and (4), and 25.1(e). *See* TEX. R. APP. P. 9.5(d), (e), 25.1(d)(1), (2), and (4), and 25.1(e). On May 3, 2023, the Clerk of the Court again notified appellant that his notice of appeal was

defective. Appellant was further advised, if the defects were not corrected within ten days, the appeal would be dismissed. Tex. R. App. P. 42.3(b), (c).

Appellant failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
29th day of June, 2023.